IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA, )
                              Plaintiff, )
                                     )
    vs. )        Case No. 10-40094-02-RDR
                                     )
DEMARSHA ITRELL ANDREWS, )
                              Defendant. )
_____)

## **O R D E R**

**NOW** on this 14th day of January, 2011, the above-entitled matter comes before the Court upon the motion of counsel for the accused for an order granting a continuance of the change of plea hearing. The Court has reviewed the motion and is fully advised of the premises.

The Court further finds that the reasons set forth in the motion justify a continuance, and that the additional time granted pursuant to this Order shall be excludable time as provided for in 18 U.S.C. 3161(h)(7). See, *United States v. Toombs*, 574 F.3d 1262 (10th Cir. 2009).

**IT IS THEREFORE ORDERED** that the change of plea hearing is rescheduled for February 23, 2011 at 11:00 a.m. The period of delay resulting from such continuance shall be excludable time as provided for by the Speedy Trial Act, 18 U.S.C. 3161(h)(7).

                                            s/Richard D. Rogers
                                            United States District Judge