IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 10-40094-02-RDR |
| ) | |
| DEMARSHA ITRELL ANDREWS, ) | |
| Defendant. ) | |

## **O R D E R**

**NOW** on this 22nd day of February, 2011, the above-entitled matter comes before the Court upon the motion of counsel for the accused for an order granting a continuance of the change of plea hearing. The Court has reviewed the motion and is fully advised of the premises.

The Court further finds that the reasons set forth in the motion justify a continuance, and that the additional time granted pursuant to this Order shall be excludable time as provided for in 18 U.S.C. 3161(h)(7). See, *United States v. Toombs*, 574 F.3d 1262 (10th Cir. 2009).

**IT IS THEREFORE ORDERED** that the change of plea hearing is rescheduled for March 24, 2011 at 9:30 a.m. The period of delay resulting from such continuance shall be excludable time as provided for by the Speedy Trial Act, 18 U.S.C. 3161(h)(7).

s/Richard D. Rogers
United States District Judge